UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                    Plaintiffs,

             v.

REDDEN FUNERAL HOME, INC.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:22-cv-1070

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), MARCOS CALCANO, on behalf of all other persons similarly situated, in

accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses

the above entitled action without prejudice and without fees and costs against Defendant,

REDDEN FUNERAL HOME, INC.

Dated: New York, New York
       May 12, 2022

**GOTTLIEB & ASSOCIATES**


s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs


SO ORDERED:


_____
United States District Court Judge
Hon. Ronnie Abrams
May 13, 2022